Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00556-CR

Jacob Michael **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1642
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:   October 5, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence on June 28, 2011.  It does not appear that a motion for

new trial was filed; therefore, the notice of appeal was due to be filed on July 28, 2011.  TEX. R.

APP. P. 26.2(a)(1).  Appellant filed his notice of appeal on August 1, 2011, and he did not file a

motion for extension of time in which to file the notice.

On August 8, 2011, we ordered appellant to show cause why his appeal should not be

dismissed for lack of jurisdiction.  Appellant did not file a response.  This court lacks jurisdiction

over an appeal of a criminal conviction in the absence of a timely, written notice of appeal.

*Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (out-of-time appeal from felony conviction may be sought by filing a writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.07). This appeal is therefore dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH